**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

MAR 20 2026

Nathan Ochsner, Clerk of Court

**JOHN ALLEN FISCHER,**
Plaintiff,

v.

**CITY OF PEARLAND, TEXAS,**
Defendant.

**Case No. _____**

## COMPLAINT FOR RETALIATION UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

### I. JURISDICTION AND VENUE

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq.

2. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5(f)(3).

3. Venue is proper in the Southern District of Texas, Houston Division, under 28 U.S.C. § 1391(b), as the Defendant is located within this district and the events giving rise to the claims occurred here.

### II. PARTIES

4. Plaintiff, John Allen Fischer, is an individual residing at 152 Southern Trail, Huntsville, AL 35811.

5. Defendant, City of Pearland, Texas, is a municipality and an "employer" within the meaning of Title VII. Defendant may be served via its City Secretary, Frances Aguilar, at 3519 Liberty Dr, Pearland, TX 77581.

## III. PROCEDURAL STEPS

6. Plaintiff filed a timely charge of retaliation with the Equal Employment Opportunity Commission (EEOC).

7. The EEOC issued a Dismissal and Notice of Rights on December 23, 2025. This Complaint is filed within the 90-day window following receipt of that notice.

## IV. FACTUAL ALLEGATIONS

8. Plaintiff was employed by the City of Pearland for five years, most recently as a supervisor. Plaintiff maintained an exemplary record, receiving the 2022 Supervisor of the Year award.

9. In June 2024 Plaintiff engaged in protected activity by reporting racially disparaging remarks made by a coworker.

10. Shortly after this report, Pearland Police Department leadership initiated a retaliatory Internal Affairs (IA) investigation against Plaintiff.

11. On August 5, 2024, the City issued a coercive ultimatum: Plaintiff must resign within forty-eight (48) hours or face immediate termination and the forfeiture of over $30,000 in accrued PTO.

12. **Selective Enforcement:** During the year of Plaintiff's resignation, the City's software recorded 7.6 million blocked access attempts to restricted sites across the organization. Despite millions of identical occurrences, Plaintiff was the only individual singled out for investigation and discipline.

13. Under coercive pressure and disparate treatment, Plaintiff submitted a resignation.

14. **Notice to Leadership:** Within days of the resignation, Plaintiff sent formal notification to the Mayor, City Council, City Manager, City Attorney, the Chief of Police, and both Assistant Chiefs of Police that the resignation was retaliatory. No leadership official took action to investigate, thereby ratifying the conduct.

15. The retaliatory IA file has since been utilized by third parties, via public information requests, to interfere with Plaintiff's current employment in Alabama, causing ongoing reputational harm.

## V. CAUSE OF ACTION: TITLE VII RETALIATION

16. Plaintiff incorporates the preceding paragraphs.

17. Plaintiff engaged in protected activity; Defendant took adverse actions including selective enforcement and constructive discharge; a causal connection exists.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests judgment against Defendant for:

a. Back pay and front pay;

b. Compensatory damages for emotional distress and reputational harm;

c. Costs of court; and

d. Such other relief as the Court deems just.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Date: March 9, 2026

John Allen Fischer,
152 Southern Trail
Huntsville, AL 35811
(903) 466-6025
Plaintiff Pro Se

**John Allen Fischer**
152 Southern Trail
Huntsville, AL 35811
(903) 466-6025

United States Courts
Southern District of Texas
FILED

MAR 20 2026

Nathan Ochsner, Clerk of Court

**March 9, 2026**

**Nathan Ochsner, Clerk of Court**
United States District Court
Southern District of Texas
515 Rusk St.
Houston, TX 77002

**RE: New Civil Action Filing – John Allen Fischer v. City of Pearland, Texas**

Dear Clerk,

Enclosed, please find the following documents for filing in the above-referenced civil action:

1. **Civil Cover Sheet (Form JS 44);**

2. **Original Complaint** (signed);

3. **Two (2) Summons Forms (AO 440)** prepared for issuance;

4. **$405.00 Filing Fee** (via Money Order).

I respectfully request that you file the Complaint, issue the summonses, and return one "file-stamped" copy of the Complaint and the issued summonses to me in the enclosed self-addressed, stamped envelope (SASE).

Thank you for your assistance with this filing.

Sincerely,

**John Allen Fischer**
Plaintiff Pro Se